J-S10027-21

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JUAN ORTIZ | : | |
| | : | |
| Appellant | : | No. 657 MDA 2020 |

Appeal from the PCRA Order Entered April 14, 2020
In the Court of Common Pleas of Berks County Criminal Division at
No(s):  CP-06-CR-0001124-2003

BEFORE:   MURRAY, J., McLAUGHLIN, J., and PELLEGRINI, J.[*]

DISSENTING MEMORANDUM BY PELLEGRINI, J.:      **FILED JULY 27, 2021**

I dissent for the same reasons I concurred in **Commonwealth v. Elliott**, 3066 EDA 2019, ____ A.3d ____ (Pa. Super. 2021).

---

[*] Retired Senior Judge assigned to the Superior Court.